**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1003

MAJOR MIKE WEBB, d/b/a Friends for Mike Webb (C00591537), d/b/a Major Mike Webb for Congress (H8VA08167), d/b/a Angels of Liberty, d/b/a Major Mike Webb for VA,

        Plaintiff - Appellant,

    v.

CAPITAL INVESTMENT ADVISORS, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-01271-PTG-IDD)

Submitted:  April 20, 2023                             Decided:  April 25, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mike Webb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Mike Webb appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and discern no reversible error. Accordingly, we affirm. *Webb v. Cap. Inv. Advisors, LLC*, No. 1:22-cv-01271-PTG-IDD (E.D. Va. Nov. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
